**No. 61829.**—Shell Oil Co. and A. W. Salter & Co., Inc., et al. *v.* United States, protests 132196–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of teepol the same in all material respects as that the subject of *United States* v. *Shell Oil Co., Inc., et al.* (44 C. C. P. A. 54, C. A. D. 637), the items marked "A" were held dutiable at 20 percent under paragraph 1558, and the items marked "B" were held dutiable at 10 percent under said paragraph, as modified, *supra*.